**DAVID M.C. PETERSON**
California Bar No. 254498
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone:    (619) 234-8467
Facsimile:    (619) 687-2666
Email:        David_Peterson@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM McCURINE)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 08MJ1011 |
| Plaintiff, | ) |
| v. | ) **NOTICE OF APPEARANCE** |
| ANTONIO GALEANA-AVILA, | ) |
| Defendant. | ) |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, David M.C. Peterson, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated:  April 10, 2008

*/s/ DAVID M. C. PETERSON*
DAVID M.C. PETERSON
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
David_Peterson@fd.org

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  April 10, 2008                              /s/ DAVID M. C. PETERSON
                                                    DAVID M.C. PETERSON
                                                    Federal Defenders of San Diego, Inc.
                                                    225 Broadway, Suite 900
                                                    San Diego, CA  92101-5030
                                                    (619) 234-8467  (tel)
                                                    (619) 687-2666  (fax)
                                                    David_Peterson@fd.org (email)