
#13

AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| ANTONIO GALEANA-AVILA | CASE NUMBER: 08CR1387-BEN |

I, <u>ANTONIO GALEANA-AVILA</u>, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __5/1/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _Antonio Galeana Avila_
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER

FILED
MAY - 1 2008